UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

PETER GODINO,

   Plaintiff,

-vs-                                                    CASE NO.:  4:19-CV-02025

CONN APPLIANCES, INC.,

   Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Peter Godino, and the Defendant, Conn Appliances, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted on this 5th day of May, 2020.

| | |
|---|---|
| /s/ Frank H. Kerney, III | /s/ Michael A. Harvey |
| **Frank H. Kerney, III, Esquire** | **MICHAEL A. HARVEY** |
| **Morgan & Morgan Tampa, P.A.** | **MUNSCH HARDT KOPF & HARR, P.C.** |
| Florida Bar#: 88672 | State Bar No. 24058352 |
| One Tampa City Center | Pennzoil Place |
| 201 N Franklin Street, 7th floor | 700 Milam Street, Suite 2700 |
| Tampa, FL 33602 | Houston, Texas 77002 |
| Tele: (813) 223-5505 | Telephone: (713) 222-4068 |
| Fax: (813) 223-5402 | Fax: (713) 222-5868 |
| Email: FKerney@forthepeople.com | Email: mharvey@munsch.com |
| JSherwood@forthepeople.com | **ATTORNEY FOR DEFENDANT** |
| **ATTORNEY FOR PLAINTIFF** | **CONN APPLIANCES, INC.** |