United States District Court
Southern District of Texas
**ENTERED**
May 06, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Peter Godino,<br>    Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. H-19-2025 |
| Conn Appliances, Inc.,<br>    Defendant. | § § § | |

## O R D E R

In accordance with the Stipulation of Dismissal filed on May 5, 2020 (docket entry no. 15), this action is hereby **DISMISSED** with prejudice.

**SIGNED** at Houston, Texas, on this 6th day of May, 2020.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE